UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO. 1:04-CR-00465-RMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HUGO A. ROJAS-YEPES,

    Defendant.
_____/

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW, the Defendant, HUGO A. ROJAS-YEPES, by and through his undersigned counsel and respectfully notices this Honorable Court of his entry of appearance.

Dated: June 1, 2009

    Respectfully submitted,

    *s/ Neil M. Schuster*
    Neil M. Schuster, P.A.
    555 N.E. 15th Street, Suite 2C
    Miami, FL 33132
    Tel: 305.416.0324
    Fax: 305.416.0325
    District of Columbia Bar No. C00042
    Email: nmschus@bellsouth.net

## CERTIFICATE OF CM/ECF SERVICE

I HEREBY CERTIFY that on **June 1, 2009**, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following counsel of record: **Patrick H. Hearn, Esq.,** U.S. Department of Justice, 1400 New York Ave. N.W., Room 8306, Washington, DC 22305.

    *s/ Neil M. Schuster*
    Neil M. Schuster, P.A.