# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 04-465 (RMC) |
| HUGO ALBERTO ROJAS-YEPES, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

It has come to the Court's attention that the Government has concluded its prosecution in this case. To the extent that any charges remain unresolved, such charges are **DISMISSED**. This case is **CLOSED**.

**SO ORDERED.**

Date: January 23, 2012
/s/
ROSEMARY M. COLLYER
United States District Judge